JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUPER STAR HOSPITALITY GROUP, INC. dba KAI JAPANESE ROOTS, a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMGUARD INSURANCE COMPANY, a Pennsylvania Insurance Business Corporation,<br><br>Defendant. | Case No. 2:22-cv-00241-RGK-E<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[36] |

THE COURT having considered the Stipulation to Dismiss Entire Action with Prejudice filed by Plaintiff Super Star Hospitality Group, Inc. and Defendant AmGUARD Insurance Company, and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. This entire action is dismissed with prejudice, and
2. Each party is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:  1/13/2022

By: _____
Honorable R. Gary Klausner
Unites States District Court